The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>JAMES L. HENDERSON,<br><br>                  Defendant. | NO. CR12-095RAJ<br><br>ORDER DISMISSING SUPERVISED RELEASE VIOLATIONS |

Based on the Court's review of the record in the above-captioned case, and in consideration of the unopposed motion of the United States,

IT IS HEREBY ORDERED that the United States' unopposed motion to dismiss supervised release violations (Dkt. #260) is GRANTED. The following alleged violations of the terms and conditions of Defendant James L. Henderson's supervised release (Using phencyclidine on June 9, 2020 and July 2, 2020 (Violation No. 1); and Using alcohol on July 16, 2020 (Violation No. 2) and July 23, 2020 (Violation No. 3)), are dismissed.

IT IS FURTHER ORDERED that the Defendant shall fully comply with all conditions of supervised release, which remain in full force and effect until his supervision terminates on September 8, 2020.

DATED this 3rd day of September, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING SUPERVISED
RELEASE VIOLATIONS - 1
*United States v. Henderson*; CR12-095RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970